IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT |
| v. | CRIMINAL NO. 13 - 125 (FAB) |

**[1] GREGORIO CARDENAS MARQUEZ**
a.k.a. "TIO" a.k.a. "GRE"
(Counts One through Six)

**[2] FELICIANO CRUZ RIVERA** a.k.a.
"GUARE" a.k.a. "GUAREN" a.k.a.
"WARREN"
(Counts One through Six)

**[3] JOSE ELIEL FEBRES RIVÊRA** a.k.a.
"CHAVITO"
(Counts One through Five)

**[4] RAFAEL ROSA MARTINEZ** a.k.a.
"CACHIRO"
(Counts One through Six)

**[5] EDGARDO JOSE SANCHEZ MARTIR**
a.k.a. "EGGY"
(Counts One through Six)

**[6] PEDRO DIAZ COLON** a.k.a. "PIRI"
(Counts One through Six)

**[7] ESAUL HERNANDEZ ROMERO** a.k.a.
"GRILLO"
(Counts One through Six)

**[8] JOEL RAFAEL MERCADO ROSARIO**
a.k.a. "EL NAZI"
(Counts One through Six)

**Violations:**

**(COUNT ONE)**
Title 21, United States Code, Sections
841(a)(1) and 846

**(COUNT TWO)**
Title 21, United States Code, §§
841(a)(1)and Title 21, United States Code

**(COUNT THREE)**
Title 21, United States Code, §§841(a)(1)
and Title 18, United States Code, § 2

**(COUNT FOUR)**
Title 21, United States Code, §§ 841(a)(1)
and Title 18, United States Code, § 2

**(COUNT FIVE)**
Title 21, United States Code, §§ 841(a)(1)
and Title 18, United States Code,§ 2

**(COUNT SIX)**
Title 18, United States Code, § 924(o)

**Narcotics Forfeiture Allegation**
Title 21, United States Code, § 853 and
Rule 32.2(a) F.R.C.

**(SIX COUNTS)**

[9] GEOVANNI CARRASQUILLO
FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY
WAY"
(Counts One through Six)

[10] MINELLY COLON CARDENAS a.k.a.
"NONO"
(Counts One through Five)

[11] ANGEL DAVID ROSA MARTINEZ
a.k.a. "DAVISITO"
(Counts One through Six)

[12] ALFRED VALCARCEL COLON a.k.a.
"PUCHO"
(Counts One through Five)

[13] GILL RYAN LAGARES GIRON a.k.a.
"PAPITO"
(Counts One through Five)

[14] YASHIRA LOZANO MORALES a.k.a.
"MARIA"
(Counts One through Five)

[15] MIGUEL PENA RAMOS a.k.a.
"PUCHITO"
(Counts One through Five)

[16] MIGUEL A. LOZADA RIVAS a.k.a.
"FRODO" a.k.a. "FREDO"
 (Counts One through Five)

[17] ADA ROSA GARCIA JIMENEZ a.k.a.
"LA VIEJA"
(Counts One through Five)

[18] SYLVIA CARDENAS MARQUEZ a.k.a.
"MAI"
(Counts One through Five)

[19] JONATHAN DIAZ CHICLANO a.k.a.
"JON RESBALON"
 (Counts One through Six)

**[20] JESUS URBANO RIVAS a.k.a. "CHINO"**
  **(Counts One through Six)**

**[21] ANA L. MEDINA CASANOVA a.k.a.
"ANNIE"**
**(Counts One through Five)**

**[22] FELIX M. LOPEZ FALU a.k.a.
"MANUEL"**
  **(Counts One through Five)**

**[23] JOSE M. RAMOS RODRIGUEZ a.k.a.
"VOLTIO"**
  **(Counts One through Five)**

**[24] ROBERTO MEDINA RIVERA a.k.a.
"CACHI"**
  **(Counts One through Five)**

**[25] ILIANA MERCADO TORRES**
**(Counts One through Five)**

**[26] AIDA RIVERA JIMENEZ a.k.a. "LA
ROLA"**
  **(Counts One through Five)**

**[27] ADALBERTO LEBRON RODRIGUEZ
a.k.a. "ANDY" a.k.a. "GORDI"**
  **(Counts One through Five)**

**[28] JORGE L. NATAL DIAZ**
  **(Counts One through Five)**

**[29] TOMAS DIAZ MARTINEZ a.k.a.
"TOMASITO"**
  **(Counts One through Five)**

**[30] JERRY KING COLON RODRIGUEZ**
  **(Counts One through Five)**

**[31] YAIRY MUNOZ ESTRELLA**
  **(Counts One through Five)**

**[32] FNU/LNU a.k.a. "LEON"**



**(Counts One through Five)**

**[33] FNU/LNU a.k.a. "EL DOMI"**



**(Counts One through Five)**

**[34] FNU/LNU a.k.a. LUIS EL LOCO**



**(Counts One through Five)**

**[35] GUSTAVO SORIANO MELENDEZ**
  **(Counts One through Five)**

**[36] RICHARD ROSARIO VALENTIN**
**(Counts One through Five)**

**[37] GERALDO OQUENDO CANALES**
**(Counts One through Five)**

**[38] JOSE RODRIGUEZ ESCUDERO a.k.a.**
**"NANDO"**
**(Counts One through Five)**

**[39] JOHNNY ORTIZ ROMERO**
**(Counts One through Five)**

**[40] EDWIN NIEVES IRIZARRY a.k.a.**
**"CAPO"**
**(Counts One through Five)**

**[41] ELIZABETH ROSARIO CASANOVA**
**(Counts One through Five)**


Defendants.

THE GRAND JURY CHARGES:

## COUNT ONE

### Conspiracy to possess with intent to distribute controlled substances

Beginning on a date unknown, but no later than in or about the year 2003, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Juan and other

areas nearby, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**[1] GREGORIO CARDENAS MARQUEZ a.k.a. "TIO" a.k.a. "GRE"**
**[2] FELICIANO CRUZ RIVERA a.k.a. "GUARE" a.k.a. "GUAREN" a.k.a. "WARREN"**
**[3] JOSE ELIEL FEBRES RIVERA a.k.a. "CHAVITO"**
**[4] RAFAEL ROSA MARTINEZ a.k.a. "CACHIRO"**
**[5] EDGARDO JOSE SANCHEZ MARTIR a.k.a. "EGGY"**
**[6] PEDRO DIAZ COLON a.k.a. "PIRI"**
**[7] ESAUL HERNANDEZ ROMERO a.k.a. "GRILLO"**
**[8] JOEL RAFAEL MERCADO ROSARIO a.k.a. "EL NAZI"**
**[9] GEOVANNI CARRASQUILLO FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY WAY"**

[10] MINELLY COLON CARDENAS a.k.a. "NONO"
[11] ANGEL DAVID ROSA MARTINEZ a.k.a. "DAVISITO"
[12] ALFRED VALCARCEL COLON a.k.a. "PUCHO"
[13] GILL RYAN LAGARES GIRON a.k.a. "PAPITO"
[14] YASHIRA LOZANO MORALES a.k.a. "MARIA"
[15] MIGUEL PENA RAMOS a.k.a. "PUCHITO"
[16] MIGUEL A. LOZADA RIVAS a.k.a. "FRODO" a.k.a. "FREDO"
[17] ADA ROSA GARCIA JIMENEZ a.k.a. "LA VIEJA"
[18] SYLVIA CARDENAS MARQUEZ a.k.a. "MAI"
[19] JONATHAN DIAZ CHICLANO a.k.a. "JON RESBALON"
[20] JESUS URBANO RIVAS a.k.a. "CHINO"
[21] ANA L. MEDINA CASANOVA a.k.a. "ANNIE"
[22] FELIX M. LOPEZ FALU a.k.a. "MANUEL"
[23] JOSE M. RAMOS RODRIGUEZ a.k.a. "VOLTIO"
[24] ROBERTO MEDINA RIVERA a.k.a. "CACHI"
[25] ILIANA MERCADO TORRES
[26] AIDA RIVERA JIMENEZ a.k.a. "LA ROLA"
[27] ADALBERTO LEBRON RODRIGUEZ a.k.a. "ANDY" a.k.a. "GORDI"
[28] JORGE L. NATAL DIAZ
[29] TOMAS DIAZ MARTINEZ a.k.a. "TOMASITO"
[30] JERRY KING COLON RODRIGUEZ
[31] YAIRY MUNOZ ESTRELLA [32] FNU/LNU a.k.a. "LEON"
[33] FNU/LNU a.k.a. "EL DOMI"
[34] FNU/LNU a.k.a. LUIS EL LOCO
[35] GUSTAVO SORIANO MELENDEZ
[36] RICHARD ROSARIO VALENTIN
[37] GERALDO OQUENDO CANALES
[38] JOSE RODRIGUEZ ESCUDERO a.k.a. "NANDO"
[39] JOHNNY ORTIZ ROMERO
[40] EDWIN NIEVES IRIZARRY a.k.a. "CAPO"
[41] ELIZABETH ROSARIO CASANOVA

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each

other and with diverse other persons known and unknown to the Grand Jury, to commit an

offense against the United States, that is, to knowingly and intentionally possess with intent to

distribute controlled substances, to wit: of two-hundred and eighty (280) grams or more of

cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; one (1) kilogram or

more of heroin, a Schedule I, Narcotic Drug Controlled Substance; (5) kilograms or more of

cocaine, a Schedule II, Narcotic Drug Controlled Substance; one hundred (100) kilograms or

more of marijuana, a Schedule I, Controlled Substance; a mixture or substance containing

detectable amounts of Oxycodone (commonly known as Percocet), a Schedule II Controlled Substance; and a mixture or substance containing detectable amounts of Alprazolam (commonly known as Xanax), a Schedule IV Controlled Substance within the Dr. Lopez Sicardo Housing Project and other areas nearby and within the Municipality of San Juan, Puerto Rico. All in violation of Title 21, United States Code Sections 841(a)(1) and 846.

## I.  OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute controlled substances at the Dr. Lopez Sicardo Housing Project and other areas nearby and within the Municipality of San Juan, Puerto Rico, all for significant financial gain and profit.

## II. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy, among others, included the following:

1.      It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would purchase wholesale quantities of heroin, cocaine marijuana, Alprazolam ("Xanax") and Oxycodone ("Percocet"), in order to distribute the same in street quantity amounts at their drug distribution points located in the Lopez Sicardo Housing Project and other areas nearby and within the Municipality of San Juan, Puerto Rico and throughout the island of Puerto Rico.

2.      It was a further part of the manner and means of the conspiracy that some of the cocaine purchased at wholesale quantities would be converted "cooked" into crack cocaine for subsequent sale and distribution at their drug distribution points.

3.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would weigh, "cut," divide, and package the heroin, cocaine, cocaine base and marijuana in "baggies" or "decks" for street level distribution.

4.     It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often use residences and other locations in and around the Dr. Lopez Sicardo Housing Project and other are locations around the Commonwealth of Puerto Rico as "drug laboratories" and "drug stash houses".

5.     It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators, after decking the narcotics into "baggies", would place the baggies into individual, larger, "bundles" or "packages". Each bundle or package would contain numerous "baggies" or decks of a specific type of narcotic that was subsequently sold at the various drug points.

6.     It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would purchase "packages" or "bundles" of decked narcotics which would be delivered to other co-conspirators for resale at the drug points.

7.     It was further part of the manner and means of the conspiracy that bundles or packages of narcotics would be hand distributed to the sellers by the drug owners and/or runners for subsequent sale and distribution of the "baggies" or "decks" contained in the bundle.

8.     It was further part of the manner and means of the conspiracy that bundles or packages of narcotics were to be distributed to the sellers in a controlled manner. Specifically, each seller would be provided with a specific number of packages or bundles to sell, which could sometimes be a single bundle or package. Sellers were not allowed to get more bundles or packages before tallying with the owner or his runner for the packages or bundles received.

9.     It was further part of the manner and means of the conspiracy that sellers would obtain their earnings from the proceeds of the narcotics that they sold.

10.     It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would undertake different activities and/or tasks required to administer

the daily activities of the aforementioned drug distribution points.

    11.    It was further a part of the manner and means of the conspiracy that at times during the span of the conspiracy, the narcotics being sold at the drug points in the Dr. Lopez Sicardo Housing Project were identified by color and with stickers.

    12.    It was further a part of the manner and means of the conspiracy that members of the conspiracy would use specific areas within the Dr. Lopez Sicardo Housing Project as a drug point and "shooting gallery" for the distribution, sale and use of controlled substances by the drug users.

    13.    It was further a part of the manner and means of the conspiracy that at times during the span of the conspiracy leaders would supply firearms to DTO members for protection of the narcotics and their proceeds.

    14.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish, and use firearms to protect themselves and their drug trafficking organization from other rival gangs or drug trafficking organizations.

    15.    It was further a part of the manner and means of the conspiracy that at times co-conspirators would facilitate the acquisition of firearms and ammunition.

    16.    It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use force, violence, threats and intimidation in order to intimidate rival drug trafficking organizations, and in order to discipline members of their own drug trafficking organization.

    17.    It was further a part of the manner and means of the conspiracy that the defendants and their co-conspirators assumed various roles within the DTO in order to further the object of the conspiracy including but not limited to: A) leaders; B) drug point owners; C) suppliers D)

runners; E) enforcers F) sellers and G) lookouts and facilitators.

18.     It was further a manner and means of the conspiracy that lookouts would be posted with two way radios (walkie-talkies) in specific areas of the Dr. Lopez Sicardó housing Project in order to alert other DTO members of police presence and/or the presence of rival gangs.

19.     It was further a manner and means of the conspiracy that the leaders would delegate to other co-conspirators the administration of the day to day operation of the drug distribution points within Lopez Sicardo.

20.     It was further part of the manner and means of the conspiracy that sellers would often work as lookouts and that the sellers would pay the lookouts, either with money or narcotics.

21.     It was further part of the manner and means of the conspiracy that there would be more than one seller working at a time and that more than one type of narcotic would be sold at the same time in the same location.

22.     It was further part of the manner and means of the conspiracy that at some point during the conspiracy the "owners" of narcotics "packages" or "bundles" would work as sellers and runners and would also have sellers and runners under their direct supervision.

23.     It was further a part of the manner and means of the conspiracy that at times sellers, runners and drug point owners would work as enforcers.

24.     It was further a part of the manner and means of the conspiracy that drug owners would distribute "samples" of their brand of narcotics to the addicts that were their clients at the Lopez Sicardo drug point.

25.     It was further a part of the manner and means of the conspiracy that meetings would be held at which the rules and operation of the Dr. Lopez Sicardo drug point's operation would be discussed between the leaders and other members of the DTO.

26.    It was further a part of the manner and means of the conspiracy that during the course of the conspiracy, a co-conspirator prepared and possessed a list of the rules that were to be followed by the members of the Dr. Lopez Sicardo DTO, which included the following:

-No pasar los turnos sin autorización
(Don't pass the shifts without authorization)

-Persona que no esté trabajando traten de no estar en el punto
(People that aren't working try not to be at the drug point)

-Pagar a los veladores
(Pay the lookouts)

-Todos deben tener scanner
(Everyone should have a scanner)

-Maximo dos materiales
(Maximum of two materials)

-No quitar los chavos de las manos, dejar que pidan lo que quieran
(Don't take money from the hands, let them ask for what they want)

-No peleas entre nosotros
(No fights between us)

27.    It was further a part of the manner and means of the conspiracy that during the course of the conspiracy, a drug point basketball game was organized by the co-conspirators in which the teams were identified by the color that identified the drugs or "material" that they worked with or owned.

28.    It was further a part of the manner and means of the conspiracy that drug ledgers were kept by co-conspirators in order to keep track of drug sales.

29.    It was further a part of the manner and means of the conspiracy that the Dr. Lopez Sicardo DTO did not want rival drug traffickers establishing drug points in the Rio Piedras area and would expel rival drug traffickers from the area using force, violence and intimidation.

30.    It was further a part of the manner and means of the conspiracy that DTO

members would control the access to the Dr. Lopez Sicardo Housing Project by manually operating a gate that had been placed at one of the street entrances.

31.    It was further a part of the manner and means of the conspiracy that at times during the span of the conspiracy narcotics from the Lopez Sicardó DTO would be transported by airplane to locations in the Continental United States by drug mules working for the DTO.

### III. ROLES OF THE MEMBERS OF THE CONSPIRACY

#### A. Leaders

The leaders were the defendants and co-conspirators that would perform or carry out several acts within the conspiracy including but not limited to: supplying large amounts of narcotics to the drug distribution organization and/or drug distribution points located within the Dr. Lopez Sicardó Housing Project and other areas nearby and within the Municipality of San Juan, Puerto Rico. Leaders would directly control and supervise the drug trafficking activities at the Dr. Lopez Sicardó Housing Project and other areas nearby and within the Municipality of San Juan, Puerto Rico. The following individual and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as leaders for the drug trafficking organization:

**[1] GREGORIO CARDENAS MARQUEZ a.k.a. "Tio" a.k.a. "Gre"**

#### B. Drug Point Owners

Drug Owners directly controlled and supervised the drug trafficking activities at the drug distribution points located within the Dr. Lopez Sicardó Housing Project and other areas nearby and within the Municipality of San Juan, Puerto Rico. During the span of the conspiracy, drug point owners would purchase wholesale amounts of narcotics for street distribution at the various narcotics distribution points within the Dr. Lopez Sicardó Housing Project and other locations within the municipality of San Juan. These co-conspirators were permitted to operate their drug

points within the Dr. Lopez Sicardó Housing Project with the permission of the leader of the DTO. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as drug point owner for the drug trafficking organization: **[1] GREGORIO CARDENAS MARQUEZ a.k.a. "TIO" a.k.a. "GRE" [2] FELICIANO CRUZ RIVERA a.k.a. "GUARE" a.k.a. "GUAREN" a.k.a. "WARREN" [3] JOSE ELIEL FEBRES RIVERA a.k.a. "CHAVITO" [4] RAFAEL ROSA MARTINEZ a.k.a. "CACHIRO" [5] EDGARDO JOSE SANCHEZ MARTIR a.k.a. "EGGY" [6] PEDRO DIAZ COLON a.k.a. "PIRI"**

**C. SUPPLIERS:**

The suppliers were co-conspirators who would, among other duties, purchase and transport wholesale amounts of narcotics and deliver them to the leaders of the DTO for further distribution at the drug distribution points. The following individual and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as a supplier for the drug trafficking organization:

**[7] ESAUL HERNANDEZ ROMERO a.k.a. "GRILLO"**

**D. Enforcers:**

The enforcers on behalf of the DTO would possess, carry, brandish, use, and discharge firearms to protect the leaders, runners and other members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. At times, some enforcers would also act as sellers, runners and drug point owners for the DTO. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as Enforcers for the drug trafficking organization: **[8] JOEL RAFAEL MERCADO ROSARIO a.k.a. "EL NAZI" [9] GEOVANNI CARRASQUILLO FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY WAY"**

## E. Runners

The runners worked under the direct supervision of the leaders and drug point owners of the drug trafficking organization. They were responsible for among other things for delivering sufficient narcotics to the sellers for further distribution at the drug point. They were also responsible for collecting the proceeds of drug sales. They would also supervise and make sure that there were street sellers for every shift of the drug point. They would also transport wholesale amounts of narcotics for delivery to other co-conspirators. The runners would also supervise on a daily basis the activities of multiple sellers and the daily activities of the drug point. At times, some runners would act as enforcers on behalf of the DTO possessing, carrying, brandishing, using, and discharging firearms to protect the leaders, runners and other members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as runners for the drug trafficking organization: **[10] MINELLY COLON CARDENAS a.k.a. "NONO" [11] ANGEL DAVID ROSA MARTINEZ a.k.a. "DAVISITO" [12] ALFRED VALCARCEL COLON a.k.a. "PUCHO" [13] GILL RYAN LAGARES GIRON a.k.a. "PAPITO"**

## F. Sellers

The sellers would distribute street quantity amounts of heroin, crack, cocaine and marijuana. As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution point. At times, some sellers would act as enforcers for the DTO possessing, carrying, brandishing, using, and discharging firearms to protect the leaders, runners and other members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. The following individuals and others

known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as sellers for the drug trafficking organization: **[14] YASHIRA LOZANO MORALES a.k.a. "MARIA" [15] MIGUEL PENA RAMOS a.k.a. "PUCHITO" [16] MIGUEL A. LOZADA RIVAS a.k.a. "FRODO" a.k.a. "FREDO" [17] ADA ROSA GARCIA JIMENEZ a.k.a. "LA VIEJA" [18] SYLVIA CARDENAS MARQUEZ a.k.a. "MAI" [19] JONATHAN DIAZ CHICLANO a.k.a. "JON RESBALON" [20] JESUS URBANO RIVAS a.k.a. "CHINO" [21] ANA L. MEDINA CASANOVA a.k.a. "ANNIE" [22] FELIX M. LOPEZ FALU a.k.a. "MANUEL" [23] JOSE M. RAMOS RODRIGUEZ a.k.a. "VOLTIO" [24] ROBERTO MEDINA RIVERA a.k.a. "CACHI" [25] ILIANA MERCADO TORRES [26] AIDA RIVERA JIMENEZ a.k.a. "LA ROLA" [27] ADALBERTO LEBRON RODRIGUEZ a.k.a. "ANDY" a.k.a. "GORDI" [28] JORGE L. NATAL DIAZ [29] TOMAS DIAZ MARTINEZ a.k.a. "TOMASITO" [30] JERRY KING COLON RODRIGUEZ [31] YAIRY MUNOZ ESTRELLA [32] FNU/LNU a.k.a. "LEON" [33] FNU/LNU a.k.a. "EL DOMI" [34] FNU/LNU a.k.a. LUIS EL LOCO [35] GUSTAVO SORIANO MELENDEZ [36] RICHARD ROSARIO VALENTIN [37] GERALDO OQUENDO CANALES [38] JOSE RODRIGUEZ ESCUDERO a.k.a. "NANDO"**

## G. Facilitators

Some facilitators would deliver money and packages of narcotics to and from the leaders and drug point owners as well as stash narcotics, firearms, currency and paraphernalia for the DTO; they often served as messengers for members of the conspiracy, and would often serve as intermediaries during drug transactions. Some facilitators would also act as lookouts for the DTO using two-way radios or walkie-talkies to alert Sellers, Runners and Drug Owners of the presence of law enforcement and rival drug traffickers. Some facilitators would provide two- way radios

United States of America vs.
Gregorio Cardenas Marques et al.
Page 16

(walkie-talkies) to DTO members for use in the daily activities of the drug point. Some

facilitators would act as drug mules, transporting kilogram quantities of narcotics to the

Continental United States on behalf of the DTO. The following individuals and others known and

unknown to the Grand Jury acted as facilitators for the above described drug trafficking

organization: **[39] JOHNNY ORTIZ ROMERO [40] EDWIN NIEVES IRIZARRY a.k.a.**

**"CAPO" [41] ELIZABETH ROSARIO CASANOVA**

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
### Aiding and Abetting in the Possession/Distribution of Heroin

Beginning on a date unknown, but no later than in or about the year 2003, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Juan and other

areas nearby, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

**[1] GREGORIO CARDENAS MARQUEZ a.k.a. "TIO" a.k.a. "GRE"**
**[2] FELICIANO CRUZ RIVERA a.k.a. "GUARE" a.k.a. "GUAREN" a.k.a. "WARREN"**
**[3] JOSE ELIEL FEBRES RIVERA a.k.a. "CHAVITO"**
**[4] RAFAEL ROSA MARTINEZ a.k.a. "CACHIRO"**
**[5] EDGARDO JOSE SANCHEZ MARTIR a.k.a. "EGGY"**
**[6] PEDRO DIAZ COLON a.k.a. "PIRI"**
**[7] ESAUL HERNANDEZ ROMERO a.k.a. "GRILLO"**
**[8] JOEL RAFAEL MERCADO ROSARIO a.k.a. "EL NAZI"**
**[9] GEOVANNI CARRASQUILLO FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY WAY"**
**[10] MINELLY COLON CARDENAS a.k.a. "NONO"**
**[11] ANGEL DAVID ROSA MARTINEZ a.k.a. "DAVISITO"**
**[12] ALFRED VALCARCEL COLON a.k.a. "PUCHO"**
**[13] GILL RYAN LAGARES GIRON a.k.a. "PAPITO"**
**[14] YASHIRA LOZANO MORALES a.k.a. "MARIA"**
**[15] MIGUEL PENA RAMOS a.k.a. "PUCHITO"**
**[16] MIGUEL A. LOZADA RIVAS a.k.a. "FRODO" a.k.a. "FREDO"**
**[17] ADA ROSA GARCIA JIMENEZ a.k.a. "LA VIEJA"**
**[18] SYLVIA CARDENAS MARQUEZ a.k.a. "MAI"**
**[19] JONATHAN DIAZ CHICLANO a.k.a. "JON RESBALON"**
**[20] JESUS URBANO RIVAS a.k.a. "CHINO"**
**[21] ANA L. MEDINA CASANOVA a.k.a. "ANNIE"**

United States of America vs.
Gregorio Cardenas Marques et al.
Page 17

[22] FELIX M. LOPEZ FALU a.k.a. "MANUEL"
[23] JOSE M. RAMOS RODRIGUEZ a.k.a. "VOLTIO"
[24] ROBERTO MEDINA RIVERA a.k.a. "CACHI"
[25] ILIANA MERCADO TORRES
[26] AIDA RIVERA JIMENEZ a.k.a. "LA ROLA"
[27] ADALBERTO LEBRON RODRIGUEZ a.k.a. "ANDY" a.k.a. "GORDI"
[28] JORGE L. NATAL DIAZ
[29] TOMAS DIAZ MARTINEZ a.k.a. "TOMASITO"
[30] JERRY KING COLON RODRIGUEZ
[31] YAIRY MUNOZ ESTRELLA [32] FNU/LNU a.k.a. "LEON"
[33] FNU/LNU a.k.a. "EL DOMI"
[34] FNU/LNU a.k.a. LUIS EL LOCO
[35] GUSTAVO SORIANO MELENDEZ
[36] RICHARD ROSARIO VALENTIN
[37] GERALDO OQUENDO CANALES
[38] JOSE RODRIGUEZ ESCUDERO a.k.a. "NANDO"
[39] JOHNNY ORTIZ ROMERO
[40] EDWIN NIEVES IRIZARRY a.k.a. "CAPO"
[41] ELIZABETH ROSARIO CASANOVA

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within the Dr. Lopez Sicardó Housing Project and other areas nearby and within the Municipality of San Juan, Puerto Rico. All in violation of Title 21, United States Code, §§ 841(a)(1) and Title 18, United States Code, § 2.

## COUNT THREE
### Aiding and Abetting in the Possession/Distribution of Cocaine Base

Beginning on a date unknown, but no later than in or about the year 2003, and continuing up to and until the return of the instant Indictment, in the Municipality of San Juan and other areas nearby, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

[1] GREGORIO CARDENAS MARQUEZ a.k.a. "TIO" a.k.a. "GRE"
[2] FELICIANO CRUZ RIVERA a.k.a. "GUARE" a.k.a. "GUAREN" a.k.a. "WARREN"
[3] JOSE ELIEL FEBRES RIVERA a.k.a. "CHAVITO"

United States of America vs.
Gregorio Cardenas Marques et al.
Page 18

[4] RAFAEL ROSA MARTINEZ a.k.a. "CACHIRO"
[5] EDGARDO JOSE SANCHEZ MARTIR a.k.a. "EGGY"
[6] PEDRO DIAZ COLON a.k.a. "PIRI"
[7] ESAUL HERNANDEZ ROMERO a.k.a. "GRILLO"
[8] JOEL RAFAEL MERCADO ROSARIO a.k.a. "EL NAZI"
[9] GEOVANNI CARRASQUILLO FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY WAY"
[10] MINELLY COLON CARDENAS a.k.a. "NONO"
[11] ANGEL DAVID ROSA MARTINEZ a.k.a. "DAVISITO"
[12] ALFRED VALCARCEL COLON a.k.a. "PUCHO"
[13] GILL RYAN LAGARES GIRON a.k.a. "PAPITO"
[14] YASHIRA LOZANO MORALES a.k.a. "MARIA"
[15] MIGUEL PENA RAMOS a.k.a. "PUCHITO"
[16] MIGUEL A. LOZADA RIVAS a.k.a. "FRODO" a.k.a. "FREDO"
[17] ADA ROSA GARCIA JIMENEZ a.k.a. "LA VIEJA"
[18] SYLVIA CARDENAS MARQUEZ a.k.a. "MAI"
[19] JONATHAN DIAZ CHICLANO a.k.a. "JON RESBALON"
[20] JESUS URBANO RIVAS a.k.a. "CHINO"
[21] ANA L. MEDINA CASANOVA a.k.a. "ANNIE"
[22] FELIX M. LOPEZ FALU a.k.a. "MANUEL"
[23] JOSE M. RAMOS RODRIGUEZ a.k.a. "VOLTIO"
[24] ROBERTO MEDINA RIVERA a.k.a. "CACHI"
[25] ILIANA MERCADO TORRES
[26] AIDA RIVERA JIMENEZ a.k.a. "LA ROLA"
[27] ADALBERTO LEBRON RODRIGUEZ a.k.a. "ANDY" a.k.a. "GORDI"
[28] JORGE L. NATAL DIAZ
[29] TOMAS DIAZ MARTINEZ a.k.a. "TOMASITO"
[30] JERRY KING COLON RODRIGUEZ
[31] YAIRY MUNOZ ESTRELLA [32] FNU/LNU a.k.a. "LEON"
[33] FNU/LNU a.k.a. "EL DOMI"
[34] FNU/LNU a.k.a. LUIS EL LOCO
[35] GUSTAVO SORIANO MELENDEZ
[36] RICHARD ROSARIO VALENTIN
[37] GERALDO OQUENDO CANALES
[38] JOSE RODRIGUEZ ESCUDERO a.k.a. "NANDO"
[39] JOHNNY ORTIZ ROMERO
[40] EDWIN NIEVES IRIZARRY a.k.a. "CAPO"
[41] ELIZABETH ROSARIO CASANOVA

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess

with intent to distribute two hundred and eighty (280) grams or more of a mixture or substance

containing a detectable amount of cocaine base (Crack), a Schedule II Narcotic Drug Controlled

United States of America vs.
Gregorio Cardenas Marques et al.
Page 19

Substance within the Dr. Lopez Sicardó Housing Project and other areas nearby and within the

Municipality of San Juan, Puerto Rico.  All in violation of Title 21, United States Code, §§

841(a)(1) and Title 18, United States Code, § 2.

## COUNT FOUR
### Aiding and Abetting in the Possession/Distribution of Cocaine

Beginning on a date unknown, but no later than in or about the year 2003, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Juan and other

areas nearby, in the District of Puerto Rico elsewhere and within the jurisdiction of this Court,

[1] **GREGORIO CARDENAS MARQUEZ a.k.a. "TIO" a.k.a. "GRE"**
[2] **FELICIANO CRUZ RIVERA a.k.a. "GUARE" a.k.a. "GUAREN" a.k.a. "WARREN"**
[3] **JOSE ELIEL FEBRES RIVERA a.k.a. "CHAVITO"**
[4] **RAFAEL ROSA MARTINEZ a.k.a. "CACHIRO"**
[5] **EDGARDO JOSE SANCHEZ MARTIR a.k.a. "EGGY"**
[6] **PEDRO DIAZ COLON a.k.a. "PIRI"**
[7] **ESAUL HERNANDEZ ROMERO a.k.a. "GRILLO"**
[8] **JOEL RAFAEL MERCADO ROSARIO a.k.a. "EL NAZI"**
[9] **GEOVANNI CARRASQUILLO FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY WAY"**
[10] **MINELLY COLON CARDENAS a.k.a. "NONO"**
[11] **ANGEL DAVID ROSA MARTINEZ a.k.a. "DAVISITO"**
[12] **ALFRED VALCARCEL COLON a.k.a. "PUCHO"**
[13] **GILL RYAN LAGARES GIRON a.k.a. "PAPITO"**
[14] **YASHIRA LOZANO MORALES a.k.a. "MARIA"**
[15] **MIGUEL PENA RAMOS a.k.a. "PUCHITO"**
[16] **MIGUEL A. LOZADA RIVAS a.k.a. "FRODO" a.k.a. "FREDO"**
[17] **ADA ROSA GARCIA JIMENEZ a.k.a. "LA VIEJA"**
[18] **SYLVIA CARDENAS MARQUEZ a.k.a. "MAI"**
[19] **JONATHAN DIAZ CHICLANO a.k.a. "JON RESBALON"**
[20] **JESUS URBANO RIVAS a.k.a. "CHINO"**
[21] **ANA L. MEDINA CASANOVA a.k.a. "ANNIE"**
[22] **FELIX M. LOPEZ FALU a.k.a. "MANUEL"**
[23] **JOSE M. RAMOS RODRIGUEZ a.k.a. "VOLTIO"**
[24] **ROBERTO MEDINA RIVERA a.k.a. "CACHI"**
[25] **ILIANA MERCADO TORRES**
[26] **AIDA RIVERA JIMENEZ a.k.a. "LA ROLA"**
[27] **ADALBERTO LEBRON RODRIGUEZ a.k.a. "ANDY" a.k.a. "GORDI"**
[28] **JORGE L. NATAL DIAZ**

United States of America vs.
Gregorio Cardenas Marques et al.
Page 20

[29] TOMAS DIAZ MARTINEZ a.k.a. "TOMASITO"
[30] JERRY KING COLON RODRIGUEZ
[31] YAIRY MUNOZ ESTRELLA [32] FNU/LNU a.k.a. "LEON"
[33] FNU/LNU a.k.a. "EL DOMI"
[34] FNU/LNU a.k.a. LUIS EL LOCO
[35] GUSTAVO SORIANO MELENDEZ
[36] RICHARD ROSARIO VALENTIN
[37] GERALDO OQUENDO CANALES
[38] JOSE RODRIGUEZ ESCUDERO a.k.a. "NANDO"
[39] JOHNNY ORTIZ ROMERO
[40] EDWIN NIEVES IRIZARRY a.k.a. "CAPO"
[41] ELIZABETH ROSARIO CASANOVA

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess

with intent to distribute five (5) kilograms or more of a mixture or substance containing a

detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance within the Dr.

Lopez Sicardó Housing Project and other areas nearby and within the Municipality of San Juan,

Puerto Rico. All in violation of Title 21, United States Code, §§ 841(a)(1) and Title 18, United

States Code, § 2.


## COUNT FIVE

### Aiding and Abetting in the Possession/Distribution of Marijuana

Beginning on a date unknown, but no later than in or about the year 2003, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Juan and other

areas nearby, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

[1] GREGORIO CARDENAS MARQUEZ a.k.a. "TIO" a.k.a. "GRE"
[2] FELICIANO CRUZ RIVERA a.k.a. "GUARE" a.k.a. "GUAREN" a.k.a. "WARREN"
[3] JOSE ELIEL FEBRES RIVERA a.k.a. "CHAVITO"
[4] RAFAEL ROSA MARTINEZ a.k.a. "CACHIRO"
[5] EDGARDO JOSE SANCHEZ MARTIR a.k.a. "EGGY"
[6] PEDRO DIAZ COLON a.k.a. "PIRI"
[7] ESAUL HERNANDEZ ROMERO a.k.a. "GRILLO"
[8] JOEL RAFAEL MERCADO ROSARIO a.k.a. "EL NAZI"

United States of America vs.
Gregorio Cardenas Marques et al.
Page 21

[9] GEOVANNI CARRASQUILLO FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY WAY"
[10] MINELLY COLON CARDENAS a.k.a. "NONO"
[11] ANGEL DAVID ROSA MARTINEZ a.k.a. "DAVISITO"
[12] ALFRED VALCARCEL COLON a.k.a. "PUCHO"
[13] GILL RYAN LAGARES GIRON a.k.a. "PAPITO"
[14] YASHIRA LOZANO MORALES a.k.a. "MARIA"
[15] MIGUEL PENA RAMOS a.k.a. "PUCHITO"
[16] MIGUEL A. LOZADA RIVAS a.k.a. "FRODO" a.k.a. "FREDO"
[17] ADA ROSA GARCIA JIMENEZ a.k.a. "LA VIEJA"
[18] SYLVIA CARDENAS MARQUEZ a.k.a. "MAI"
[19] JONATHAN DIAZ CHICLANO a.k.a. "JON RESBALON"
[20] JESUS URBANO RIVAS a.k.a. "CHINO"
[21] ANA L. MEDINA CASANOVA a.k.a. "ANNIE"
[22] FELIX M. LOPEZ FALU a.k.a. "MANUEL"
[23] JOSE M. RAMOS RODRIGUEZ a.k.a. "VOLTIO"
[24] ROBERTO MEDINA RIVERA a.k.a. "CACHI"
[25] ILIANA MERCADO TORRES
[26] AIDA RIVERA JIMENEZ a.k.a. "LA ROLA"
[27] ADALBERTO LEBRON RODRIGUEZ a.k.a. "ANDY" a.k.a. "GORDI"
[28] JORGE L. NATAL DIAZ
[29] TOMAS DIAZ MARTINEZ a.k.a. "TOMASITO"
[30] JERRY KING COLON RODRIGUEZ
[31] YAIRY MUNOZ ESTRELLA [32] FNU/LNU a.k.a. "LEON"
[33] FNU/LNU a.k.a. "EL DOMI"
[34] FNU/LNU a.k.a. LUIS EL LOCO
[35] GUSTAVO SORIANO MELENDEZ
[36] RICHARD ROSARIO VALENTIN
[37] GERALDO OQUENDO CANALES
[38] JOSE RODRIGUEZ ESCUDERO a.k.a. "NANDO"
[39] JOHNNY ORTIZ ROMERO
[40] EDWIN NIEVES IRIZARRY a.k.a. "CAPO"
[41] ELIZABETH ROSARIO CASANOVA

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess
with intent to distribute one hundred (100) kilograms or more of a mixture or substance
containing a detectable amount of marijuana, a Schedule I Controlled Substance within the Dr.
Lopez Sicardó Housing Project and other areas nearby and within the Municipality of San Juan,
Puerto Rico. All in violation of Title 21, United States Code, §§ 841(a)(1) and Title 18, United
States Code, § 2.

United States of America vs.
Gregorio Cardenas Marques et al.
Page 22

## COUNT SIX

### Conspiracy to Possess Firearms in Furtherance of a Drug Trafficking Crime

Beginning on a date unknown, but no later than in or about the year 2003, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Juan and other

areas nearby, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

[1] GREGORIO CARDENAS MARQUEZ a.k.a. "TIO" a.k.a. "GRE"
[2] FELICIANO CRUZ RIVERA a.k.a. "GUARE" a.k.a. "GUAREN" a.k.a. "WARREN"
[4] RAFAEL ROSA MARTINEZ a.k.a. "CACHIRO"
[5] EDGARDO JOSE SANCHEZ MARTIR a.k.a. "EGGY"
[6] PEDRO DIAZ COLON a.k.a. "PIRI"
[7] ESAUL HERNANDEZ ROMERO a.k.a. "GRILLO"
[8] JOEL RAFAEL MERCADO ROSARIO a.k.a. "EL NAZI"
[9] GEOVANNI CARRASQUILLO FERNANDEZ a.k.a. "JOVA" a.k.a. "ROCKY WAY"
[19] JONATHAN DIAZ CHICLANO a.k.a. "JON RESBALON"
[20] JESUS URBANO RIVAS a.k.a. "CHINO"

the defendants herein, did knowingly and intentionally conspire, combine, and agree with each

other and diverse other persons known and unknown to the Grand Jury, to commit an offense

against the United States, that is, to possess firearms and ammunition in furtherance of a drug

trafficking crime as charged in Counts One through Five of this Indictment, which offenses may

be prosecuted in a Court of the United States, in violation of Title 18, United States Code, Section

924(c)(1)(A); all in violation of Title 18, United States Code, Section 924(o).

### (Space intentionally left blank)

United States of America vs.
Gregorio Cardenas Marques et al.
Page 23

**(Space intentionally left blank)**

United States of America vs.
Gregorio Cardenas Marques et al.
Page 24

## Narcotics Forfeiture Allegation

1.   Upon conviction of any of the above charged controlled substance offenses, the defendants named in this Indictment, shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and (2) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

a.      All rights, tittles, and interest in all property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of each offense described in any of the above charged controlled substances offenses and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any of the above charged controlled substance offenses.

b.      A sum of money equal to the amount of proceeds obtained as a result of any of the offenses described in the instant Indictment, to wit $10,000,000.00, for which the defendants are jointly and severally liable.

2.      Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1(a) or 1(b), above,  if by any act or omission of the defendant, the property described in paragraph 1(a) or 1(b), or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the

United States of America vs.
Gregorio Cardenas Marques et al.
Page 25

Federal Rules of Criminal; Procedure.

TRUE BILL

FOREPERSON
Date: _03_/_01_/_2013_

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

**José Ruiz-Santiago**
Assistant United States Attorney
Chief, Criminal Division

**Timothy Henwood**
Assistant United States Attorney
Chief, Narcotics Unit

**Teresa S. Zapata Valladares**
Assistant United States Attorney